IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILVER STEER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-136-MEF |
| | ) |
| CITY OF CLANTON, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Temporary Restraining Order filed on February 26, 2008, it is hereby

ORDERED that a status conference is set for Thursday, February 28, 2008, at 11:00 a.m. by conference call arranged by counsel for the plaintiff.

DONE this the 27th day of February, 2008.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE