IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SILVER STEER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-136-MEF |
| | ) | |
| CITY OF CLANTON, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This cause is before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure (Doc. # 2). Plaintiff has not shown a substantial likelihood that it will prevail on the merits of this case. Therefore, it is hereby ORDERED as follows:

(1) The Motion for Temporary Restraining Order and Preliminary Injunction is DENIED.

(2) Plaintiff shall respond to Defendant's Motion to Dismiss (Doc. # 6) on or before **March 10, 2008**. Defendant may reply on or before **March 17, 2008**.

Done on this the 28th day of February, 2008.

                                                                                 /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE