AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2-26-08 | |
| NAME OF SERVER (PRINT) Gordon Marchant | TITLE Special Process Server | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Clanton City Hall

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-26-08
        Date

Signature of Server: Gordon Marchant

Address of Server: 3325 Lorna Rd #2-174
Hoover, AL 35216
205-516-7100

RECEIVED 2008 MAR -3 A 9:55
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RETURNED AND FILED
MAR -3
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SILVER STEER, INC., d/b/a/ Zona Rosa Nightclub

V.

THE CITY OF CLANTON, ALABAMA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2.08cv136-MEF

TO: (Name and address of Defendant)

The City of Clanton, Alabama
Clanton City Hall
Clanton, Alabama 35045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth Joe Wilson, Jr.
Ward & Wilson, L.L.C.
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                   2/26/08

CLERK                                                          DATE

_(signature)_

(By) DEPUTY CLERK