IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SILVER STEER, INC., d/b/a Zona Rosa Nightclub, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 2:08CV136-MEF |
| THE CITY OF CLANTON, ALABAMA, | ) ) ) | |
| Defendant. | ) ) | |

CONFLICT DISCLOSURE STATEMENT

     COMES NOW SILVER STEER, INC., d/b/a Zona Rosa Nightclub, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     This party is an individual, or

☐     This party is a governmental entity, or

☒     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

/s/ Kenneth Joe Wilson, Jr.
JAMES S. WARD
KENNETH JOE WILSON, JR.
Attorney for Plaintiff
WARD & WILSON, L.L.C.
2100 Southbridge Parkway, Suite 580

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following via electronic mail and by filing the same with the Court's ECF system this the 10th day of March, 2008.

James Porter
Porter, Porter and Hassinger
Suite 1000, 215 21st Street North
Birmingham, AL  35201

/s/ Kenneth Joe Wilson, Jr.
Of Counsel