IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SILVER STEER, INC., d/b/a
     Zona Rosa Nightclub,

     Petitioner/Plaintiff,

v.                  CIVIL ACTION NO.: 2:08-CV-136-MEF

THE CITY OF CLANTON, ALABAMA,

     Respondent/Defendant.

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW the City of Clanton, Alabama, a municipal corporation,

Defendant in the above-captioned matter, and in accordance with the Order of this

Court, makes the following disclosure concerning parent companies, subsidiaries,

partners, limited liability entity members, and managers, trustees (but not

beneficiaries), affiliates, or similar entities reportable under the provisions of the

Middle District of Alabama's General Order No. 3047:

    \_\_\_\_\_       This party is an individual, or

    _X_       This party is a governmental entity, or

    _X_       There are no entities to be reported, or

    \_\_\_\_\_       The following entities and their relationship to the party
                 are hereby reported:

Reportable Entity                    Relationship to Party

_____      _____

_____      _____

_____      _____


March 11, 2008                       /s/ James W. Porter, II
Date                                 (Signature)

                                     James W. Porter, II (POR 001)
                                     (Counsel's Name)

                                     City of Clanton, Alabama, a
                                               municipal corporation,
                                     (Counsel for)

                                     P.O. Box 128
                                     Birmingham, Alabama  35201-0128
                                     Address, City, State Zip Code

                                     (205) 322-1744
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE  MIDDLE  DISTRICT OF ALABAMA
NORTHERN DIVISION


## CERTIFICATE OF SERVICE

I, James W. Porter, II, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this, the 11th day of March, 2008, to:


James S. Ward
Kenneth Joe Wilson, Jr.
Ward & Wilson, LLC
2100 Southbridge Parkway, Suite 580
Birmingham, Alabama 35209


March 11, 2008                                    /s/ James W. Porter, II
        Date                                                    Signature