**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **SILVER STEER, INC., d/b/a Zona Rosa Nightclub,** )<br>)<br>    **Petitioner** )<br>)<br>v. )<br>)<br>**THE CITY OF CLANTON, ALABAMA,** )<br>)<br>    **Respondent.** ) | **Civil Action No.:2:08-CV-136-MRF** |

## *MOTION TO WITHDRAW*

COMES NOW the undersigned and the lawfirm of Ward & Wilson, L.L.C. and moves this Honorable Court for leave of Court to withdraw as counsel in the above captioned matter and grounds therefore states as follows:

1. Irreconcilable differences exist between counsel and client;

2. Client has notified counsel that it no longer wishes to retain counsel as its attorney in this matter;

3. It is in the best interest of both counsel and client that counsel withdraw from representation;

4. Client terminated undersigned counsel as its attorney in this matter as of April 16, 2008. On April 21, 2008 counsel advised client that it would delay filing any Motion to Withdraw from representation so as to allow client an opportunity to find alternative counsel. Since that time, counsel is unaware of any other attorney entering an appearance on client's behalf and is otherwise unaware of client having obtained alternative counsel.

The undersigned requests that, should this Motion be granted, copies of the Order granting said Motion be mailed to:

>Silver Steer, Inc.
>1448 Berry Road
>Birmingham, AL 35226.

>Respectfully submitted,

>/s James S. Ward
>James S. Ward

>/s Kenneth Joe Wilson, Jr.
>Kenneth Joe Wilson, Jr.

**OF COUNSEL:**
Ward & Wilson, L.L.C.
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following by U.S. Mail this the 9th day of May, 2008.

James W. Porter, II
Porter, Porter & Hassinger, P.C.
P.O. Box 128
Birmingham, Alabama 35201-0128

Silver Steer, Inc.
1448 Berry Road
Birmingham, AL 35226.

>/s Kenneth Joe Wilson, Jr.
>OF COUNSEL