IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILVER STEER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-136-MEF |
| | ) |
| CITY OF CLANTON, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #15) filed on May 9, 2008, it is hereby

ORDERED that the motion is set for hearing on May 21, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that a corporation representative for corporate plaintiff, the two lawyers currently representing corporate plaintiff, and counsel for the defendant are all required to attend the hearing.

DONE this the 14th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE