**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **SILVER STEER, INC., d/b/a Zona Rosa Nightclub,** ) <br> ) <br> **Petitioner** ) <br> ) <br> **v.** ) <br> ) <br> **THE CITY OF CLANTON, ALABAMA,** ) <br> ) <br> **Respondent.** ) | **Civil Action No.:2:08-CV-136-MRF** |

## *MOTION TO CONTINUE*

COMES NOW the undersigned and moves the Court to continue the hearing scheduled in the above matter for Wednesday, May 21, 2008 at 9:00 AM, on the undersigned's Motion to Withdraw as Counsel, and as grounds therefore states as follows:

1. The undersigned and client are engaged in discussions in an attempt to resolve the issues raised in the Motion to Withdraw as counsel.

2. In the event that said negotiations are successful, the subject matter of the Motion to Withdraw will be moot and the hearing unnecessary.

3. Judicial economy will be promoted if the hearing is postponed and neither party will be prejudiced if the hearing is postponed. This is the first scheduled hearing for the undersigned's Motion to Withdraw as counsel.

4. Counsel for the Defendant does not object to a postponement of the hearing.

        Respectfully submitted,


        /s James S. Ward
        James S. Ward


        /s Kenneth Joe Wilson, Jr.
        Kenneth Joe Wilson, Jr.

**OF COUNSEL:**
Ward & Wilson, L.L.C.
2100 Southbridge Parkway
Suite 580
Birmingham, Alabama 35209

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following by facsimile and U.S. Mail this the 20th day of May, 2008.

James W. Porter, II
Porter, Porter & Hassinger, P.C.
P.O. Box 128
Birmingham, Alabama 35201-0128


        /s Kenneth Joe Wilson, Jr.
        OF COUNSEL