IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILVER STEER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-136-MEF |
| | ) |
| CITY OF CLANTON, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Continue (Doc. #17) filed on May 20, 2008, it is hereby

ORDERED that the motion is GRANTED. The hearing scheduled for May 21, 2008 at 9:00 A.M. is RESCHEDULED to May 23, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that a corporation representative for corporate plaintiff, the two lawyers currently representing corporate plaintiff, and counsel for the defendant are all required to attend the hearing.

If Plaintiff and counsel resolve the issues prior to the hearing, Plaintiff shall file a motion to withdraw the Motion to Withdraw as Attorney before May 23, 2008.

DONE this the 20th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE