IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILVER STEER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-136-MEF |
| | ) |
| CITY OF CLANTON, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that the motion hearing set for May 23, 2008 is continued to May 27, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that a corporation representative for corporate plaintiff, the two lawyers currently representing corporate plaintiff and counsel for the defendant are all required to attend the hearing.

DONE this the 21st day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE