IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILVER STEER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-136-MEF |
| | ) |
| CITY OF CLANTON, ALABAMA, | ) (WO- Do Not Publish) |
| | ) |
| Defendant. | ) |

## **O R D E R**

For the reasons stated it open court in a hearing on this date, it is hereby ORDERED as follows:

1. The Motion to Withdraw (Doc. # 15) filed by counsel for the plaintiff corporation is GRANTED.

2. The Motion to Dismiss (Doc. # 6) filed by Defendant is DENIED as MOOT.

3. This case is DISMISSED WITHOUT PREJUDICE.

DONE this the 27th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE